# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RDD, INC., a California Corporation; DDR DANVILLE, INC. a California Corporation; DARIN DEVINCENZI, a California Resident; SARAH LEMKE, a California Resident,<br><br>Defendants. | Case No.: C09 00856 CW<br><br>[Assigned to the Hon. Claudia Wilken]<br><br>**ORDER FOR DISMISSAL OF CLAIMS AGAINST SARAH LEMKE WITHOUT PREJUDICE** |

Based upon the stipulation of the parties for the dismissal of the claims asserted by plaintiff Carolina Casualty Insurance Company against defendant Sarah Lemke, and good cause appearing therefor,

IT IS HEREBY ORDERED that all of the claims of plaintiff Carolina Casualty Insurance Company against defendant Sarah Lemke are dismissed, without prejudice, as follows:

///

{00003053.DOCX 1}

1
ORDER FOR DISMISSAL OF CLAIMS [Case No. C09 00856 CW]

1. Lemke shall be dismissed as a defendant in the Action, without prejudice to the right of CCIC to re-file or renew its claims against Lemke that are the subject of the Action.

2. Lemke agrees to be bound by all orders, findings, conclusions, determinations, decrees, stipulations, judgments, settlements and/or agreements made or entered into between any parties in the Action in the same manner and to the same extent as if Lemke had been a party to such Action and/or a party to any settlement agreement.

3. All parties shall bear their own costs and attorney fees in connection with the dismissal of Lemke without prejudice.

4. All statutes of limitations, statutes regarding the prosecution of claims or the time within which a trial must be held or judgment must be entered, and all defenses based on delay and prosecution (collectively "Statutes of Limitations") with respect to claims of CCIC against Lemke provided for by law, equity or judicial decision shall be tolled as provided herein. In the event that CCIC re-files or renews the Action, or any claims in connection with the Action, in the future against Lemke, the period from February 27, 2009 up to and including the date of re-filing the renewal of the Action, shall not be included for purposes of computing the applicable time periods for Statutes of Limitations, provided, however, that this tolling provision shall not in any way serve to extend any Statutes of Limitations that had already run as of and including February 27, 2009.

5. This Stipulation does not pertain to any other parties in the Action, and all such other parties remain as parties to the Action.

IT IS SO ORDERED.

Dated: 3/31/09    By: _____
                       UNITED STATES DISTRICT
                       COURT JUDGE