MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: ABriggs@manatt.com
ERIN E. STAGG (Bar No. CA 252948)
E-mail: EStagg@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Defendants
RDD, Inc., A California Corporation; DDR Danville, Inc. a California Corporation; Darin Devincenzi, a California Resident

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| Carolina Casualty Insurance Company, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RDD, Inc., A California Corporation; DDR Danville, Inc. a California Corporation; Darin Devincenzi, a California Resident,<br><br>Defendants. | No.  C09-00856 CW<br><br>**STIPULATION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING AND STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED SCHEDULING DEADLINES** |

1  WHEREAS, Plaintiff Carolina Casualty Insurance Company ("Plaintiff") filed its First Amended Complaint for Rescission of Employment Practices Liability Insurance Policy and for Reimbursement of Payments Pursuant to That Policy ("Complaint") against RDD, Inc., DDR Danville, Inc. and Darin Devincenzi ("Defendants"), on April 13 2009;

WHEREAS, the Complaint was served on Defendants on April 17, 2009;

WHEREAS, this case is calendared for a Case Management Conference on June 9, 2009 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Pursuant to Civil L.R. 6-1(a), Plaintiff and Defendants stipulate to extend the time within which Defendants are permitted to respond to Plaintiff's Complaint. The stipulated response date is May 22, 2009.

Plaintiff and Defendants stipulate to continue and respectfully request that the Court continue the Case Management Conference in this matter by thirty days so that the parties may complete their required disclosures under Rule 26 of the Federal Rules of Civil Procedure after the pleadings have been settled.

Plaintiff and Defendants stipulate that all scheduling deadlines regarding the Federal Rules of Civil Procedure ("F.R.C.P.") 26(f) conference, the F.R.C.P. 26(a) initial disclosures and the Joint Case Management Conference Statement be based upon the new Case Management Conference date.

IT IS SO STIPULATED.


Dated: May _____, 2009

By: _____
    Amy B. Briggs
    *Attorneys for Defendants*
RDD, INC., DDR DANVILLE, INC., AND DARIN DEVINCENZI

Dated: May \_\_\_\_\_, 2009

By: _____
    Robert D. Hoffman
    *Attorneys for Plaintiff*
CAROLINA CASUALTY INSURANCE COMPANY

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, it is Ordered that the Case Management Conference scheduled for June 9, 2009 at 2:00 p.m. is continued to **July 14, 2009 at 2:00 p.m.** in Courtroom 2 with the joint Case Management Statement due seven (7) days prior to that conference, and the deadlines for the parties' required disclosures under Rule 26 of the Federal Rules of Civil Procedure to be governed by the new Case Management Conference date.

        IT IS SO ORDERED.

Date: May 12, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE