LAW OFFICES OF

# CHARLSTON, REVICH & WOLLITZ LLP

JEFFREY A. CHARLSTON
IRA REVICH
HOWARD N. WOLLITZ
TIM HARRIS

ROBERT D. HOFFMAN
BRUCE T. SMYTH
STEPHEN P. SOSKIN

ALLAN J. FAVISH
JAMES B. GREEN
ELIZABETH A. KLIPPI
KENNETH S. MARKSON
MICHAEL P. MARTIN
TIMOTHY F. RIVERS
YVONNE M. SCHULTE
JEFFERSON M. SHELTON

ALAN H. LAZAR
  OF COUNSEL

1925 CENTURY PARK EAST, SUITE 1250
LOS ANGELES, CALIFORNIA 90067-2746

TELEPHONE: 310-551-7000
FACSIMILE: 310-203-9321
WWW.CRWLLP.COM

WRITER'S DIRECT DIAL NO.
310-551-7016

WRITER'S E-MAIL ADDRESS
RHOFFMAN@CRWLLP.COM

August 3, 2009



**VIA ELECTRONIC FILING**
The Honorable James S. Larson
U.S. Magistrate Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue-15th Floor,
Courtroom F
San Francisco, CA 94102

Re:  Request for Continuation of Settlement Conference from 8/16/09 to 9/25/09
     Carolina Casualty Insurance Company v. RDD, Inc. et. al, U.S. District Court Case No. C
     C 09-00856-CW (JL)

Dear Judge Larson:

This office represents plaintiff Carolina Casualty Insurance Company in the referenced action. On July 31, 2009, an order was issued scheduling a settlement conference for August 21, 2009 at 10:00 a.m.

On July 31, 2009, upon receipt of that order, I advised the Court that I have a scheduling conflict with that date in connection with a prepaid vacation scheduled for August 17, 2009 through August 24, 2009. The Court provided an alternative date of September 25, 2009 at 10:00 a.m. for the settlement conference.

Please be advised that all parties and their counsel have confirmed that they are available to attend the settlement conference on September 25, 2009 at 10:00 a.m. Accordingly, this is to respectfully request that the settlement conference originally scheduled for August 21, 2009 10:00 a.m. be continued to September 25, 2009 at 10:00 a.m.

**Charlston, Revich & Wollitz LLP**
The Honorable James S. Larson, U.S. Magistrate Judge
August 3, 2009
Page 2

      If any further information is needed regarding the requested continuance, it will be provided to the Court. Thank you.

                                          Respectfully submitted,

                                          Robert D. Hoffman of
                                          Charlston, Revich & Wollitz LLP

RDH:

cc: Amy Briggs, Esq./Erin Stagg, Esq. (counsel for defendants)(via e-mail)