MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: ABriggs@manatt.com
ERIN E. STAGG (Bar No. CA 252948)
E-mail: EStagg@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
RDD, Inc., A California Corporation; DDR Danville, Inc. a California
Corporation; Darin Devincenzi, a California Resident

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| Carolina Casualty Insurance Company, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RDD, Inc., A California Corporation; DDR Danville, Inc. a California Corporation; Darin Devincenzi, a California Resident,<br><br>Defendants. | No. C09-00856 CW<br><br>**ORDER FOR ADDITIONAL TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR RELATED BRIEFING DEADLINES AND FOR CONTINUANCE OF SUMMARY JUDGMENT HEARING AND FURTHER CASE MANAGEMENT CONFERENCE** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300003596.1

[PROPOSED] ORDER FOR ADDITIONAL TIME
TO FILE OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

Based upon the stipulation of the parties for an order to extend by 14 days, the deadline for Defendants to file opposition to Plaintiff's pending motion for summary judgment, and related filing deadlines, and to continue the hearing on that motion and the Further Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The existing deadlines with respect to Plaintiff's Motion for Summary Judgment shall be extended by 14 days as follows:

October 28, 2009: last day for Defendants to file opposition to Plaintiff's Motion for Summary Judgment and file any cross-motion for summary judgment

November 4, 2009: last day for Plaintiff to file a reply/opposition to any cross-motion

November 12, 2009: last for Defendants to file a surreply

2. The hearing on Plaintiff's Motion for Summary Judgment, and any cross-motion filed by Defendants, is continued from November 12, 2009 at 2:00 p.m. to December 3, 2009 at 2:00 p.m., or the first available hearing date thereafter.

3. The Further Case Management Conference is continued from November 12, 2009 at 2:00 p.m. to the same date and time as the continued hearing on Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Date: October __13__, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE