ZATULOVSKY LAW OFFICE
INNA ZATULOVSKY (Cal. Bar No. CA 232434)
E-mail: zatulovskylawoffice@comcast.net
890 Page Street, Suite 2
San Francisco, CA 94117
Telephone: (415) 932-6934
Facsimile: (415) 373-3808

Attorneys for Defendants
RDD, Inc., A California Corporation; DDR Danville, Inc. a California
Corporation; Darin Devincenzi, a California Resident

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| Carolina Casualty Insurance Company, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RDD, Inc., A California Corporation; DDR Danville, Inc. a California Corporation; Darin Devincenzi, a California Resident,<br><br>Defendants. | No. C09-00856 CW<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS RDD, INC., DRR DANVILLE, INC., AND DARIN DEVINCENZI** |

ZATULOVSKY LAW
OFFICE
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANTS RDD, INC., DRR DANVILLE,
INC., AND DARIN DEVINCENZI

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Defendants RDD, Inc., a California Corporation; |
| 3 | DDR Danville, Inc. a California Corporation; Darin Devincenzi, a California Resident hereby |
| 4 | substitutes as counsel of record in the above titled action the following attorneys: |

ZATULOVSKY LAW OFFICE
INNA ZATULOVSKY (Cal. Bar No. CA 232434)
E-mail: zatulovskylawoffice@comcast.net
890 Page Street, Suite 2
San Francisco, CA 94117
Telephone: (415) 932-6934
Facsimile: (415) 373-3808

Defendants RDD, Inc., DDR Danville, Inc. and Darin Devincenzi's previous counsel was:

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: ABriggs@manatt.com
ERIN E. STAGG (Bar No. CA 252948)
E-mail: EStagg@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Manatt, Phelps and Phillips, LLP hereby withdraws as counsel of record and The Zatulovsky Law Office is hereby substituted as counsel of record for Defendants RDD, Inc., DDR Danville, Inc. and Darin Devincenzi.

Dated: October _____, 2009         Respectfully Submitted,


By: /S/
    Inna Zatulovsky
    *Attorneys for Defendants*
RDD, INC., DDR DANVILLE, INC., AND DARIN DEVINCENZI

I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: October _____, 2009                By: /S/
                                          Dean Devincenzi, Partner
                                          RDD, INC.,

Dated: October _____, 2009                By: /S/
                                          Dean Devincenzi, Partner
                                          DDR DANVILLE, INC.

Dated: October _____, 2009                By: /S/
                                          Darin Devincenzi

Dated: October _____, 2009                By: /S/
                                          Inna Zatulovsky, Esq.
                                          ZATULOVSKY LAW OFFICE

Dated: October _____, 2009
                                          By: /S/
                                          Amy B. Briggs, Partner
                                          MANATT, PHELPS & PHILLIPS

## **ORDER**

The above substitution is hereby APPROVED. The Zatulovsky Law Office, Inna Zatulovsky, is hereby substituted in as counsel of record for Defendants RDD, Inc., A California Corporation; DDR Danville, Inc. a California Corporation; Darin Devincenzi, a California Resident effective as of the date of this Order. Manatt, Phelps & Phillips is hereby relieved of any and all responsibilities as counsel for said defendants.

IT IS SO ORDERED.

Dated: October _23, 2009

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE